# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JEROME W. PIPPEL                                    Case Number: 07-71638
       3738 RENFRO ROAD
       CHERRY VALLEY, IL  61016         SSN-xxx-xx-2628

Case filed on: 7/10/2007
Plan Confirmed on: 2/29/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,190.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,500.00 | 3,500.00 | 22.93 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 22.93 | 0.00 |
| 999 | JEROME W. PIPPEL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 43,246.96 | 3,403.30 | 3,403.30 | 1,420.11 |
| 002 | HSBC MORTGAGE SERVICES | 1,349.65 | 0.00 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY TREASURER | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|  | Total Secured | 47,396.61 | 6,203.30 | 3,403.30 | 1,420.11 |
| 001 | DAIMLER CHRYSLER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BENEFICIAL ILLINOIS INC | 477.02 | 477.02 | 0.00 | 0.00 |
| 005 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITIFINANCIAL | 8,484.98 | 8,484.98 | 0.00 | 0.00 |
| 007 | DAIMLERCHRYSLER SERVICES N AMERICA LCL | 18,749.52 | 18,749.52 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 8,992.59 | 8,992.59 | 0.00 | 0.00 |
| 009 | WELLS FARGO FINANCIAL | 4,067.67 | 4,067.67 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 13,234.84 | 13,234.84 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 5,145.17 | 5,145.17 | 0.00 | 0.00 |
| 012 | DAIMLERCHRYSLER SERVICES N AMERICA LCL | 14,931.30 | 14,931.30 | 0.00 | 0.00 |
|  | Total Unsecured | 74,083.09 | 74,083.09 | 0.00 | 0.00 |
|  | Grand Total: | 124,979.70 | 83,786.39 | 3,426.23 | 1,420.11 |

Total Paid Claimant:     $4,846.34
Trustee Allowance:        $343.66         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00         discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 08/28/2008         By  /s/Heather M. Fagan